# *UNITED STATES DISTRICT COURT*
## *District of Minnesota*

United States of America,

Plaintiff,

**JUDGMENT BY DEFAULT**

against

Civil 00-2622 JRT/RLE

Donald Scherer

Defendant,

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff do have and recover of and from said defendant the sum of Three Thousand Nine Hundred Forty-Four Dollars and 16/100 ($3,944.16), the amount demanded in the complaint, plus additional prejudgment interest from 10/25/00 at 8% per annum, and postjudgment interest from date of judgment at 6.052% per annum.

Judgment signed this 6th day of February 6, 2001.

FRANCIS E. DOSAL, CLERK

By Susan E Anderson
Deputy Clerk

| | |
|---|---|
| Amount demanded in complaint | $2,589.77 |
| Damages | |
| Costs and disbursements | 200.00 |
| Interest | 1,154.39 |
| Less payments made | |
| **Total judgment** | **$3,944.16** |

4

N:\judgment default.wpd